

OCT 0 3 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | No. CR-08-158 LJO |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| BLANCA GAMES, ) | |
| ) | |
| Defendant. ) | |

The above named defendant having been sentenced on October 3, 2008 to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: Oct 3, 2008

                                    _____
                                    LAWRENCE J. O'NEILL
                                    U.S. District Judge

9/26/96 exonbnd.frm

1